AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| MICHAEL FISHER | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 2:21-cv-00147 |
| TROY DUCHENEAUX, et al. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Randall County Sheriff's Office
Civil Division, County Annex
4320 S. Western St.
Suite No. 10
Amarillo, TX 79109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Warren V. Norred
Norred Law, PLLC
515 E. Border St
Arlington, TX 76010

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2021-08-06

A. Cobb, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-00147

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Randall County Sheriff's Office
was received by me on *(date)* August 6, 2021 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Capt. Hank Blanchard , who is designated by law to accept service of process on behalf of *(name of organization)* Randall County Sheriff's Office on *(date)* August 9, 2021 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: August 10, 2021

*Server's signature*

Lofton T. Faris, Process Server
*Printed name and title*

P.O. Box 1053
Amarillo, Texas 79105
*Server's address*

Additional information regarding attempted service, etc: