IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHEN DISTRICT OF TEXAS - AMARILLO DIVISION

| | |
|---|---|
| **MICHAEL FISHER,** § | |
| plaintiff, § | |
| § | |
| **v.** § | |
| § | **2:21-cv-00147-Z-BR** |
| **JOEL RICHARDSON,** § | |
| **TROY DUCHENEAUX, and** § | |
| **RANDALL COUNTY SHERIFF'S DEP'T** § | |
| defendants. § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT RANDALL COUNTY SHERIFF DEPARTMENT'S MOTION TO DISMISS**

**COMES NOW** Plaintiff, MICHAEL FISHER to file this response to Defendant Randall County Sherrif's Department's Motion to Dismiss.

## BACKGROUND

1. Defendant Randall County Sheriff's Department argues that it is a non-jural entity that does not have the capacity to be sued.

2. In response to Defendant's Motion to Dismiss, Plaintiff has filed an amended complaint with this response, dismissing the Sheriff's Department and adding Randall County as a defendant.

3. Amendment to resolve a non-jural entity dismissal is proper. *See Weatherspoon v. Dallas County Jail*, 3:04-CV-1958-D, 2004 WL 2168622, at *1 (N.D. Tex. Sept. 28, 2004) (citing *Parker v. Fort Worth Police Dep't*, 980 F.2d 1023, 1026 (5th Cir.1993) ("The Court, nevertheless, generally accords plaintiffs who name non-jural entities as defendants an opportunity to amend before dismissal of the complaint.").

### I.   Prayer

Plaintiff prays this Honorable Court deny the Motion to Dismiss filed by Defendant and for all other relief, at law and in equity to which he may be entitled.

Respectfully submitted,

By: /s/Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094
515 E. Border St.  Arlington, TX  76010
Tel. (817) 709-3984; Fax. (817) 524-6686
Attorney for Plaintiff

**CERTIFICATE OF SERVICE** - I certify that this document was served on all parties seeking service in the instant case via the Court's e-file system on September 21, 2021.

/s/ Warren V. Norred
Warren V. Norred