# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

MICHAEL FISHER
Plaintiff

v.

TROY DUCHENEUX, et al
Defendant

2:21-cv-00147-Z-BR
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Randall County

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

The Travelers Companies, Inc., Travelers Property Casualty Corp., Travelers Insurance Group Holdings, Inc., and Travelers Indemnity Company of America

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

The Travelers Companies, Inc., Travelers Property Casualty Corp., Travelers Insurance Group Holdings, Inc, Travelers Indemnity Company of America, Texas Public Entity Group, Randall County, Texas, Troy Ducheneaux, Joel Richardson, Christopher B. Slayton, Ayik & Associates (Not a Partnership or Professional Corporation.  All Attorneys are Employees of The Travelers Indemnity Company and its Property Casualty Affiliates), Michael Fisher, Warren Norred, Norred Law, PLLC

|  |  |
|---|---|
| Date: | December 22, 2021 |
| Signature: | /s/ Christopher B. Slayton |
| Print Name: | Christopher B. Slayton |
| Bar Number: | Texas Bar No. 24033077 |
| Address: | 1301 E. Collins Blvd., Ste. 409 |
| City, State, Zip: | Richardson, TX  75081 |
| Telephone: | 214-200-2171 (direct) |
| Fax: | 214-570-6262 |
| E-Mail: | cslayton@travelers.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons