IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Amarillo Division

## Alternative Dispute Resolution Summary

**Provider must file a completed form, in duplicate, with the U.S. District Clerk within ten days of completion of the initial ADR session.**

1. Civil Action number: 2:21-cv-147

2. Style of case: Mike Fisher v. Troy Ducheneaux, Joel Richardson, and Randall County S

3. Nature of suit: Sec. 1983 Due Process

4. Method of ADR used: ✔ Mediation    Mini-Trial    Summary Jury Trial    Early Neutral Eval.

5. Date ADR session was held: 29 July 2022

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.        ☐ Settled, in part, as a result of ADR.
    ✔ Settled as a result of ADR.             ☐ Parties were unable to reach settlement.
    ☐ Continuing to work with parties to reach settlement *(Note: provider must file a supplemental ADR Summary upon conclusion of his/her services.)*

7. What was your TOTAL fee: $1200

8. Duration of ADR: Half-day    *(e.g., one day, two hours)*

9. Please list persons in attendance (including party association, *e.g.*, defendant, plaintiff):

    Mike Fisher, Plaintiff
    Richard Gore, Randall County Attorney
    Brian Elder, Carrier Representative

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    /s/ John Walton Brookman                               3 August 2022
    Signature                                              Date

    604 E. 4th Street, Suite 201, Fort Worth, Texas 76102    (817) 725-7070
    Address                                                  Telephone

# Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

| | |
|---|---|
| Name: Warren Norred | Name: Christopher B. Slayton |
| Firm: Norred Law PLLC | Firm: Ayik & Associates |
| Address: 515 E. Border Street | Address: 1301 E. Collins Blvd., Ste. 490 |
| Arlington, Texas 76010 | Richardson, Texas 75081 |
| Phone: (817) 709-3984 | Phone: (214) 200-2171 |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |
| | |
| Name: | Name: |
| Firm: | Firm: |
| Address: | Address: |
| Phone: | Phone: |