IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISON

| | | |
|---|---|---|
| MICHAEL FISHER,<br>   PLAINTIFF, | § § § § | |
| VS. | § § | CIVIL ACTION NO. 2:21- cv- 00147-BR |
| JOEL RICHARDSON,<br>TROY DUCHENEAUX, AND<br>RANDALL COUNTY,<br>   DEFENDANTS | § § § § § § § | |

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

TO HONORABLE UNITED STATES DISTRICT JUDGE:

MICHAEL FISHER, JOEL RICHARDSON, TROY DUCHENEAUX, AND RANDALL COUNTY jointly file this Stipulation of Dismissal With Prejudice pursuant to Rule 41(a) of the FEDERAL RULES OF CIVIL PROCEDURE, and would respectfully show the Court as follows:

### I. STIPULATION OF DISMISSAL

1. Plaintiff Michael Fisher has agreed to settle and release his claims and causes of action against Defendants Joel Richardson, Troy Ducheneaux, and Randall County.

2. The parties have executed a Compromise, Settlement and Release of All Claims to this effect.

3. Accordingly, any and all claims by and between the parties have been settled and released.

4. For these reasons, Plaintiff Michael Fisher moves this Court to dismiss his claims in the above-entitled cause with prejudice.

Respectfully Submitted,


/s/ *Warren V. Norred*
Warren V. Norred,
Texas Bar No. 24045094
515 E. Border St. Arlington, TX 76010
Tel. (817) 709-3984
Fax. (817) 524-6686

ATTORNEYS FOR PLAINTIFF


/s/ *Christopher B. Slayton*
CHRISTOPHER B. SLAYTON
Texas Bar No. 24033077
Ayik & Associates
1301 E. Collins Blvd., Suite 490
Richardson, TX 75081
Direct Telephone: (214) 200-2171
Facsimile: (214) 570-6262
E-mail : cslayton@travelers.com

ATTORNEYS FOR DEFENDANTS


## CERTIFICATE OF SERVICE

This is to certify that on this 2nd day of September, 2022, a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF filing system as follows:

Warren Norred                                   ____   Hand Delivery
Attorney at Law                                 ____   Facsimile
515 E. Border Street                            ____   Certified Mail, Return Receipt Requested
Arlington, TX  76010                            ____   Receipted Commercial Delivery
                                                ____   Regular U.S. Mail
*Attorneys for Plaintiff Michael Fisher*         X    E-service
                                                ___

                                        /s/ *Christopher B. Slayton*
                                        Christopher B. Slayton